**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Kimberly Joann Dillon, | ) | No. CIV 06-2939-PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| Dillard's, Inc., et al., | ) | |
| Defendants. | ) | |

Having considered the Application for Substitution of Counsel with Consent (Dkt. 11) filed by Edward F. Novak and Melissa S. Ho of the law firm of Quarles and Brady, LLP, and good cause appearing,

**IT IS ORDERED GRANTING** the Application for Substitution of Counsel (Dkt. 11).

**IT IS FURTHER ORDERED** that Edward F. Novak and Melissa S. Ho of the law firm of Quarles and Brady shall be substituted as counsel of record for Plaintiff Kimberly Joann Dillon in place of Deanie June Reh and Thomas M. Quigley of Mohr, Hackett, Pederson, Blakley & Randolph P.C.

DATED this 10th day of July, 2007.

Stephen M. McNamee
United States District Judge